# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ELLEN MAE FISHER
Plaintiff

v.

CODY CAMPBELL, et al.
Defendant

5:26-CV-00073-H

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Attorney Michael Thad Allen, representing Plaintiff, founding partner of ALLEN HARRIS PLLC, PO Box 404, Quaker Hill, CT 06375, Tel: 860-772-4738, email: mallen@allenharrislaw.com

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

See Attached.

| | |
|---|---|
| Date: | April 10, 2026 |
| Signature: | /s/Michael Thad Allen, Esq. |
| Print Name: | Michael Thad Allen |
| Bar Number: | Pro hac vice admission pending |
| Address: | PO Box 404 |
| City, State, Zip: | Quaker Hill, CT 06375 |
| Telephone: | (860) 772-4738 |
| Fax: | |
| E-Mail: | mallen@allenharrislaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Texas Tech University

Texas Tech University System Board of Regents

Individuals:

The following individuals are Regents of the Texas Tech University System Board of Regents:

CODY CAMPBELL

DUSTIN WOMBLE

ARCILIA ACOSTA

PAT GORDON

CLAY C. CASH

TIM CULP

SHELLEY SWEATT

DOUG MCREAKEN

DONALD SINCLAIR

ELI HEATH

The following individuals are officers, administrators, or agents of Texas Tech University School of Law:

JACK WADE NOWLIN, Dean of the Texas Tech School of Law

JAROD GONZALES, Associate Dean for Academic Affairs

LARRY SPAIN, as Chair of the Texas Tech School of Law, Honor Council

AMY HARDBERGER, as member of the Texas Tech School of Law, Honor Council

ALLISON OUTENREATH, as member of the Texas Tech School of Law, Honor Council

ALLY OWENS, as member of the Texas Tech School of Law, Honor Council

TERRI MORGESON, as Director of the Texas Tech School of Law, Family Law Clinic

ELLEN MAE FISHER, Plaintiff