UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELLEN MAE FISHER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:26-CV-0073-X |
| | § | |
| | § | |
| TEXAS TECH UNIVERSITY | § | |
| REGENTS, et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiff Ellen Mae Fisher's Emergency Motion for a Temporary Restraining Order (TRO) and Preliminary Injunction. (Doc. 4.) The Court **ORDERS** Fisher to serve the Defendants by any means necessary and file proof service with the Court. The Court further **ORDERS** the Defendants to file a response within seven (7) days from service.

**IT IS SO ORDERED** this 13th day of April, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1