UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ELLEN FISHER,<br><br>      Plaintiff<br><br>      vs.<br><br>CODY CAMPBELL, DUSTIN WOMBLE, ARCILIA ACOSTA, PAT GORDON, CLAY C. CASH, TIM CULP, SHELLEY SWEATT, DOUG MCREAKEN, DONALD SINCLAIR, and ELI HEATH, in their official capacity as Regents of the Texas Tech University System Board of Regents, and JACK WADE NOWLIN, in his individual and official capacity as Dean of the Texas Tech School of Law, JAROD GONZALES, in his individual and official capacity as Associate Dean for Academic Affairs, LARRY SPAIN, AMY HARDBERGER, ALLISON OUTENREATH, ALLY OWENS, and TERRI MORGESON, in their individual and official capacities as Faculty and/or Officers of the Texas Tech School of Law Honor Council,<br><br>      Defendants. | Civil Case No. 5:26-cv-73-X |

**DECLARATION OF ATTORNEY MICHAEL THAD ALLEN
IN SUPPORT OF MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Michael Thad Allen, am an attorney in good standing in all jurisdictions to which I am admitted, I am over the age of 18 and understand the meaning of an oath; and I do hereby attest under the laws of the United States of America, Texas, and under the penalties of perjury that the foregoing is true based on my direct knowledge and experience.

1.      I represent the plaintiff Ellen Fisher in the above caption case.

2.      I submit the following Declaration for the purpose of attesting to service in compliance with Fed. R. Civ. P. 65(b) and in compliance with this Court's Order of April 13, 2026, ECF No. 8.

1

3.    I have made the following efforts to serve notice on all Defendants in the above-captioned case.

4.    On April 8, 2026, I emailed Counsel Ronny Wall of the Texas Tech General Counsel's office a copy of a draft complaint to be filed in this civil action indicating that it would be filed if Defendants continue to violate the rights of my client, in particular her rights under the First Amendment to United States Constitution.

5.    I know from direct, personal experience that Attorney Wall represents Texas Tech and Defendants in this matter because he attended the Honor Council hearing conducted by Texas Tech to discipline and punish my client for her protected speech, held on February 20, 2026.

6.    I requested that Attorney Wall meet and confer so that the parties could amicably resolve their differences prior to moving for a temporary restraining order and preliminary injunction. I also requested that Attorney Wall agree to accept service on behalf of Defendants, who are either employees or Regents of the Texas Tech University System.

7.    I received no response other than an email on April 9, 2026 indicating, "We have referred this matter to the Texas Attorney General …."

8.    On the date of filing, I emailed a copy of all of the following pleadings to Attorney Wall:

    i.    Amended Complaint

    ii.   Civil Action Coversheet

    iii.  Record Appendix with Affidavit of Ellen Fisher

    iv.   Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction

9.    On April 14, 2026, I emailed to Attorney Wall the following:

     i.    Court Order, dated April 13, 2026 (ECF No. 8).

10.    On April 13, 2026, I was contacted by Attorney Wade Johnson, Deputy Chief, Special Litigation Division, Office of the Attorney General for the state of Texas.

11.    Attorney Johnson informed me that his office will represent "at least some of the defendants" in the above-captioned action.

12.    On April 14, 2026, I sent the documents specified in ¶¶ 8-9 by email to attorney Johnson.  In addition, I sent Attorney Johnson summonses on all Defendants.

13.    On April 14, 2026, I caused a copy of the above-listed documents, including the summonses on all Defendants, to be mailed by first class mail, return receipt requested, to the address listed by the Texas Atty. Gen., Ken Paxton (available at

https://www.texasattorneygeneral.gov/contact-us ):

    Office of the Attorney General

    PO Box 12548

    Austin, TX 78711-2548

14.    I also caused a copy of the above-listed documents, including the summonses on all Defendants, to be mailed by first-class mail, return receipt requested, to Texas Tech University, Office of the President at the following address:

    2500 Broadway

    Lubbock, Texas 79409

SIGNED UNDER THE PENALTIES OF PERJURY THIS 14th DAY OF APRIL 2026,

_____

Michael Thad Allen, Esq.