UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ELLEN MAE FISHER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:26-CV-0073-X |
| | § | |
| CODY CAMPBELL, et al., | § | |
| | § | |
| *Defendants.* | § | |

## **ORDER**

Plaintiff's counsel Attorney Michael Thad Allen filed a declaration regarding compliance with the Court's Order requiring service.  (Doc. 11).  The clerk's office informed the Court that there is verifiably false information in the affidavit, which was attested under the penalty of perjury.  On three occasions Mr. Allen states that he sent summonses as to all defendants.[1]  This cannot be true because, summonses were not requested when the complaint was filed.[2]  And the docket does not reflect that the clerk's office has issued summonses as to any defendant.

Thus Mr. Allen is **ORDERED** to explain his false statements provided to the Court and **SHALL** file his explanation no later than 24 hours from this order.

---

[1] *See* Doc. 11 at ¶ 12 (purporting to send summonses to "Attorney [Wade] Johnson" Deputy Chief, Special Litigation Division, Office of the Attorney General for the State of Texas); *Id.* at ¶ 13 (claiming to send summonses to "Texas Atty. Gen., Ken Paxton"); *Id.* at ¶ 14 (swearing to send summonses to "Texas Tech University, Office of the President").

[2] *See* Doc. 1 (docket entry) ("Summons(es) not requested at this time.").

1

**IT IS SO ORDERED** this 16th day of April, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE