UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ELLEN MAE FISHER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:26-cv-0073-x |
| | § | |
| CODY CAMPBELL, et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

The Court has received Attorney Michael Thad Allen's Response (Doc. 15) to the Court's April 16th Order requiring Mr. Allen to explain whether summonses were issued in this case. (Doc. 12.)

The Court appreciates Mr. Allen's explanation and the miscommunication that occurred between Mr. Allen and local counsel. To avoid future confusion about local rules, the Court **ORDERS** local counsel to co-sign on all future motions, briefs, and documents filed by the Plaintiff in this Court.

**IT IS SO ORDERED** this 21st day of April, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1