UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

| | |
|---|---|
| ELLEN MAE FISHER,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>TEXAS TECH UNIVERSITY<br>REGENTS et al.,<br><br>　　　　　Defendants. | Civil Case No. 5:26-CV-00073-X |

**[PROPOSED] ORDER ON UNOPOSED
MOTION TO WAIVE SECURITY BOND
UNDER FED. R. CIV. P. 65(c)**

　　　This Court has reviewed Plaintiff's Motion to Waive Security Bond under Fed. R. Civ. Pro. 65(c). The Court notes that the motion is unopposed. This Court has the discretion to waive the security requirement under Rule 65(c), and it is hereby ORDERED that Plaintiff Ellen Mae Fisher's obligation to post bond is hereby waived.

　　　So ORDERED,

Date: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Brantley Starr,
　　　　　　　　　　　　　　　　　　　　United States District Judge